# EXHIBIT O

# CD - TO BE FILED IN THE TRADITIONAL MANNER