# EXHIBIT A

# BUJ SURGICO
## NARGATE STREET JINNAH PARK COLONY NO.02 SIALKOT- PAKISTAN

FDA REGISTRATION #:

NTN#2120290-7

CONTAINING: Stainless Steel Tools

**Consignee Name & Address:**
Dental USA INC.
5005 McCullom Lake Rd.
McHenry, IL 60050
Ph # 815-363-8003
FDA Registration No.3003969055

**AGENT ADDRESS :-**
LEO W.PARTYKA, INC
2300 EAST HIGGINS RD# 311
ELK GROVE VILLAGE, IL 60007
USA
TEL # 847-806-9658
FAX # 847-806-9662

INVOICE NO.BSZ/7050/11
DATED:01.11.2011
FORM "E" NO. HBL-2174277
DATED:02-07-2012

Air Way Bill No.
Dated :

TERMS OF PAYMENT
ADVANCE

Country of origin . Pakistan
Country of Destination U.S.A
Mark & Nos

1to36

Made In Pakistan
TOTAL NUMBER OF PACKAGES
Cartons ONLY,36 PCS.

### ALL INSTRUMENTS ARE MADE OF STAINLESS STEEL

| PARCEL# | Description Page No.1 | Quantity In Pcs | Per Price In US$ | Amount In US$ | Device Listing # | FDA Product code |
|---|---|---|---|---|---|---|
| P-01 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-02 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-03 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-04 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-05 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-06 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-07 | FORCEPS | 100 PCS. | $20.00 | $2,000.00 | D072926 | EMG |
| P-08 | FORCEPS | 100 PCS. | $10.00 | $1,000.00 | D072926 | EMG |
| P-09 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-10 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-11 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-12 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-13 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-14 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-15 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-16 | FORCEPS | 100 PCS. | $5.00 | $500.00 | D072926 | EMG |
| P-17 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-18 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-19 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-20 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-21 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-22 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-23 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-24 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-25 | FORCEPS | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-26 | FORCEPS | 80 PCS | $8.00 | $640.00 | D072926 | EMG |
|  | FORCEPS | 17 PCS | $8.00 | $136.00 | D072926 | EMG |
| P-27 | FORCEPS | 03 PCS | $8.00 | $24.00 | D072926 | EMG |
|  | FORCEPS | 70 PCS | $8.00 | $560.00 | D072926 | EMG |
| P-28 | FORCEPS | 30 PCS. | $8.00 | $240.00 | D072926 | EMG |
|  | FORCEPS | 80 PCS | $8.00 | $640.00 | D072926 | EMG |
|  | FORCEPS | 10 PCS. | $8.00 | $80.00 | D072926 | EMG |
| P-29 | FORCEPS | 10 PCS. | $8.00 | $80.00 | D072926 | EMG |
|  | FORCEPS | 72 PCS. | $8.00 | $576.00 | D072926 | EMG |
|  | FORCEPS | 05 PCS. | $8.00 | $40.00 | D072926 | EMG |
|  | FORCEPS | 03 PCS. | $8.00 | $24.00 | D072926 | EMG |

Wagon No./Truck No.

| | FORCEPS | | | | | |
|---|---|---|---|---|---|---|
| P-30 | RUBBER DAM CLAMP | 200 PCS. | $3.50 | $700.00 | D072913 | EEF |
| P-31 | RUBBER DAM CLAMP | 200 PCS. | $3.50 | $700.00 | D072913 | EEF |
| P-32 | LABE KNIFE 14CM | 500 PCS. | $1.00 | $500.00 | D072923 | EJZ |
| P-33 | LABE KNIFE 14CM | 580 PCS. | $1.00 | $500.00 | D072923 | EJZ |
| P-34 | NEEDLE HOLDER | 300 PCS. | $3.20 | $960.00 | D138364 | FHQ |
| P-35 | NEEDLE HOLDER | 100 PCS. | $6.18 | $618.00 | D138364 | FHQ |
| | RUBBER DAM CLAMP | 60 PCS. | $3.50 | $210.00 | D072913 | EEF |
| P-36 | TWEEZERS | 105 PCS. | $4.50 | $472.50 | D133923 | EFL |
| | BLADE BREAKER | 100 PCS. | $15.50 | $1,550.00 | D133908 | GFJ |
| | NEEDLE HOLDER | 144 PCS. | $15.50 | $2,232.00 | D138364 | FHQ |
| | NEEDLE HOLDER | 100 PCS. | $15.50 | $1,550.00 | D138364 | FHQ |
| | NEEDLE HOLDER | 25 PCS. | $15.50 | $387.50 | D138364 | FHQ |
| | TOTAL C&F INVOICE VALUE IN US$ | | | $40,000.00 | | |

**BSZ SURGICO**
Proprietor

145
3-7-72

Dated

Wagon No./Truck No.