EXHIBIT A

| BSZ SURGICO |
|---|
| NARGATE STREET JINNAH PARK COLONY NO.02 SIALKOT- PAKISTAN |

NTN#2120290-7

CONTAINING: Material that requires futher processing

INVOICE NO.BSZ/7028/11
DATED:17.12.2011
FORM "E" NO. HBL-2032315
DATED:16.12.11

**Consignee Name & Address:**
Dental USA INC.
5005 McCullom Lake Rd.
McHenry IL 60050

**AGENT ADDRESS :-**
LEO W.PARTYKA, INC
2300 EAST HIGGINS RD# 311
ELK GROVE VILLAGE, IL 60007
USA.
TEL # 847-806-9658
FAX # 847-806-9662

Air Way Bill No.
Dated :

TERMS OF PAYMENT
ADVANCE

Country of origin . Pakistan
Country of Destination. U.S.A
Mark & Nos    N
A   1to30   C
Made In Pakistan
TOTAL NUMBER OF PACKAGES
Cartons ONLY.30 PCS.

ALL INSTRUMENTS ARE MADE OF STAINLESS STEEL

| PARCEL# | Description Code No. | Quantity In PCS | PU Price In US $ | Amount In US $ | Device Listing # | Product Code/AMOUNT |
|---|---|---|---|---|---|---|
| P-01 | POWER ELEVATORS | 100 PCS. | $27.00 | $2,700.00 | D072926 | EMG |
| P-02 | POWER ELEVATORS | 100 PCS. | $27.00 | $2,700.00 | D072926 | EMG |
| P-03 | POWER ELEVATORS | 100 PCS. | $27.00 | $2,700.00 | D072926 | EMG |
| P-04 | POWER ELEVATORS | 100 PCS. | $27.00 | $2,700.00 | D072926 | EMG |
| P-05 | POWER ELEVATORS | 100 PCS. | $27.00 | $2,700.00 | D072926 | EMG |
| P-06 | POWER ELEVATORS | 100 PCS. | $27.00 | $2,700.00 | D072926 | EMG |
| P-07 | EXT.FORCEPS 222 | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-08 | EXT.FORCEPS F7C | 100 PCS. | $8.00 | $800.00 | D072926 | EMG |
| P-09 | EXT.FORCEPS F1 | 88 PCS. | $8.00 | $704.00 | D072926 | EMG |
| P-10 | EXT.FORCEPS F2 | 75 PCS. | $8.00 | $600.00 | D072926 | EMG |
|  | EXT.FORCEPS 86C | 05 PCS. | $8.00 | $40.00 | D072926 | EMG |
|  | EXT.FORCEPS F7C | 11 PCS. | $8.00 | $88.00 | D072926 | EMG |
| P-11 | EXT.FORCEPS F3 | 95 PCS. | $8.00 | $760.00 | D072926 | EMG |
| P-12 | EXT.FORCEPS F16 | 40 PCS. | $8.00 | $320.00 | D072926 | EMG |
|  | EXT.FORCEPS 46XL | 40 PCS. | $8.00 | $320.00 | D072926 | EMG |
|  | EXT.FORCEPS 222 | 20 PCS. | $8.00 | $160.00 | D072926 | EMG |
| P-13 | EXT.FORCEPS F7C | 20 PCS. | $8.00 | $160.00 | D072926 | EMG |
|  | EXT.FORCEPS 4977 | 20 PCS. | $8.00 | $160.00 | D072926 | EMG |
|  | EXT.FORCEPS 151 | 30 PCS. | $8.50 | $255.00 | D072926 | EMG |
|  | EXT.FORCEPS 86C | 30 PCS. | $8.00 | $240.00 | D072926 | EMG |
| P-14 | EXT.FROCEPS 4811 | 50 PCS. | $8.50 | $425.00 | D072926 | EMG |
|  | SYRINGE 7003 | 100 PCS. | $4.50 | $450.00 | D133931 | EIC |
| P-15 | EXT.FROCEPS 150 | 30 PCS. | $8.50 | $255.00 | D072926 | EMG |
|  | SYRINGE 7018 | 138 PCS. | $4.50 | $621.00 | D133931 | EIC |
| P-16 | SYRINGE 7003 | 200 PCS. | $4.50 | $900.00 | D133931 | EIC |
| P-17 | SYRINGE 7003 | 200 PCS. | $4.50 | $900.00 | D133931 | EIC |
| P-18 | SPATULAS 6803 | 1000 PCS. | $1.20 | $1,200.00 | D072924 | GAF |
| P-19 | SPATULAS 6805 | 500 PCS. | $1.20 | $600.00 | D072924 | GAF |
|  | SPATULAS 6806 | 500 PCS. | $1.00 | $500.00 | D072924 | GAF |
| P-20 | SPATULAS 6808 | 500 PCS. | $1.00 | $500.00 | D072924 | GAF |
|  | SPTULAS 6804 | 493 PCS. | $1.20 | $591.60 | D072924 | GAF |
| P-21 | RUBBERS | 24000 PCS. | $0.15 | $3,600.00 | D133929 | EJB |
| P-22 | BAND PUSHER | 240 PCS. | $3.00 | $720.00 | D072921 | EMJ |

9018.49.2040

PARTYKA 410

| P-23 | BAND PUSHER | 270 PCS. | $3.00 | $810.00 | D072921 | EMJ |
|---|---|---|---|---|---|---|
| P-24 | CASTROVEIJO N.H | 250 PCS. | $15.50 | $3,875.00 | D138369 | GDL |
|  | BLADE BRAKER | 142 PCS. | $15.50 | $2,201.00 | D138369 | GDL |
|  | CROWN GRIPPER | 25 PCS. | $6.00 | $150.00 | D138369 | GDL |
|  | SAMPLES EXT.FORCEPS | 15 PCS. | $0.00 | $0.00 | D072926 | EMG |
| P-25 | COLLEDGE TWEEZER | 1000 PCS. | $1.20 | $1,200.00 | D133923 | EFL |
| P-26 | ADSON TWEEZER STR | 959 PCS. | $1.20 | $1,150.80 | D133923 | EFL |
| P-27 | ADSON TWEEZER CVD | 913 PCS. | $1.20 | $1,095.60 | D133923 | EFL |
| P-28 | TWEEZER 5867 | 490 PCS. | $1.30 | $637.00 | D133923 | EFL |
| P-29 | TWEEZER 6510 | 493 PCS. | $1.20 | $591.60 | D133923 | EFL |
|  | COLLEDGE TWEEZER | 100 PCS. | $1.20 | $120.00 | D133923 | EFL |
|  | CROWN GRIPPER | 100 PCS. | $6.00 | $600.00 | D138369 | GDL |
| P-30 | EXT.FROCEPS F6 | 70 PCS. | $8.00 | $560.00 | D072926 | EMG |
|  | CROWN GRIPPER | 75 PCS. | $6.00 | $450.00 | D138369 | GDL |
|  | TOTAL C&F INVOICE VALUE IN US$............................. |  |  | $46,310.00 |  |  |

Air Waybill
British Air
125 - 6550 3340

```
  ####    ######  #####
 #    #   #    #  #    #
#         #       #    #
#         #       #    #
#         #       ####
#         #       #  #
 #    #   #       #   #
  ###     ###     ###   #
```

Job : 228
Date: 3/1/2013
Time: 8:24:16 AM