# EXHIBIT A

**DENTAL USA, INC.**
5005 McCullom Lake Rd.
McHenry, IL 60050
Tel: 815-363-8003  Fax: 815-363-3545
E-mail: dentalusa@ameritech.net
Web: www.mydentalusa.com

| 1ST Count by |
| 2ND Count by |
| Final Count by |
| Ship Weight |

# Invoice

| Date | Invoice # |
|---|---|
| 1/15/2010 | 86128 |

| Bill To | Ship To |
|---|---|
| PHYSICS FORCEPS LLC (DIST)<br>18525 MOROSS RD<br>DETROIT MI 48224-1019 | PHYSICS FORCEPS LLC<br>18525 MOROSS RD<br>DETROIT MI 48224-1019 |

| P.O. No. | Rep | Terms | Due Date | Account # | Ship Date | Ship Via |
|---|---|---|---|---|---|---|
|  |  |  | 1/15/2010 | 3133718773 | 1/18/2010 | UPS |

| Qty | Code | Handle | Description | Rate | Amount |
|---|---|---|---|---|---|
| 245 | N |  | BOX 1, LOWER UNIVERSAL, 58 LBS 7.2OZ<br>BOX2, LOWER UNIVERSAL, 57 LBS 3.6OZ<br>LOWER UNIVERSAL | 45.00 | 11,025.00 |
| 245 | N |  | BOX 3, UPPER LEFT, 57LBS 1.0OZ<br>BOX 4, UPPER LEFT, 62LBS 1.2OZ<br>UPPER LEFT | 45.00 | 11,025.00 |
| 245 | N |  | BOX5, UPPER RIGHT, 58LBS 1.4OZ<br>BOX 6, UPPER RIGHT, 60 LBS 0.2OZ<br>UPPER RIGHT | 45.00 | 11,025.00 |
| 245 | N |  | BOX 7, UPPER ANTERIOR 68LBS 2.4OZ<br>BOX 8, UPPER ANTERIOR 49 LBS 8.8OZ<br>UPPER ANTERIOR | 45.00 | 11,025.00 |
|  |  |  | Shipment date   : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking #      : 1Z8Y30270395451207<br>Shipment Ref    : Invoice #86128<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges     : 342.00<br><br>Shipment date   : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking #      : 1Z8Y30270397399011<br>Shipment Ref    :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019 |  |  |

*Thank you for your business.
*Re-tipping services may void warranty from original manufacturer.
*Late payments will be charged 3% of the balance for every month payment is late.
*A 20% restocking fee will be assessed on ALL orders returned for credit if returned 16+ days from original shipping date.
*Defective items must be returned within 30 days. Shipping & handling will be charged on all warranty work, returns & exchanges. A service charge may also be applied at this time.
*To help keep our quality high and our price low, please pay your bill within 15 days of shipment.
*All instruments found to be unsafe will automatically be replaced with new unless otherwise specified on order form.
*All FREE GIFTS are based on the amount of purchase. Should you return items for full credit, you MUST return free gifts also.
*A charge of $7.99 will be added to all invoices for the use of the DUSA Fed Ex return label for shipping to DUSA.

| Sales Tax (0.0%) |  |
| Total |  |
| Credits |  |
| Invoice Bal Due |  |

# Invoice

**DENTAL USA, INC.**
5005 McCullom Lake Rd.
McHenry, IL 60050
Tel: 815-363-8003  Fax: 815-363-3545
E-mail: dentalusa@ameritech.net
Web: www.mydentalusa.com

| 1ST Count by |
| 2ND Count by |
| Final Count by |
| Ship Weight |

| Date | Invoice # |
|---|---|
| 1/15/2010 | 86128 |

| Bill To | Ship To |
|---|---|
| PHYSICS FORCEPS LLC (DIST)<br>18525 MOROSS RD<br>DETROIT MI 48224-1019 | PHYSICS FORCEPS LLC<br>18525 MOROSS RD<br>DETROIT MI 48224-1019 |

| P.O. No. | Rep | Terms | Due Date | Account # | Ship Date | Ship Via |
|---|---|---|---|---|---|---|
|  |  |  | 1/15/2010 | 3133718773 | 1/18/2010 | UPS |

| Qty | Code | Handle | Description | Rate | Amount |
|---|---|---|---|---|---|
|  |  |  | Est Charges : 0.00<br><br>Shipment date : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking # : 1Z8Y30270398638626<br>Shipment Ref :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges : 0.00<br><br>Shipment date : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking # : 1Z8Y30270396774036<br>Shipment Ref :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges : 0.00<br><br>Shipment date : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking # : 1Z8Y30270395529240<br>Shipment Ref :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges : 0.00<br><br>Shipment date : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking # : 1Z8Y30270398348252<br>Shipment Ref :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges : 0.00 |  |  |

*Thank you for your business.
*Re-tipping services may void warranty from original manufacturer.
*Late payments will be charged 3% of the balance for every month payment is late.
*A 20% restocking fee will be assessed on ALL orders returned for credit if returned 16+ days from original shipping date.
*Defective items must be returned within 30 days. Shipping & handling will be charged on all warranty work, returns & exchanges. A service charge may also be applied at this time.
*To help keep our quality high and our price low, please pay your bill within 15 days of shipment.
*All instruments found to be unsafe will automatically be replaced with new unless otherwise specified on order form.
*All FREE GIFTS are based on the amount of purchase. Should you return items for full credit, you MUST return free gifts also.
*A charge of $7.99 will be added to all invoices for the use of the DUSA Fed Ex return label for shipping to DUSA.

| Sales Tax (0.0%) | |
|---|---|
| **Total** | |
| Credits | |
| **Invoice Bal Due** | |

**DENTAL USA, INC.**
5005 McCullom Lake Rd.
McHenry, IL 60050
Tel: 815-363-8003  Fax: 815-363-3545
E-mail: dentalusa@ameritech.net
Web: www.mydentalusa.com

| 1ST Count by |
| --- |
| 2ND Count by |
| Final Count by |
| Ship Weight |

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/15/2010 | 86128 |

| Bill To | Ship To |
| --- | --- |
| PHYSICS FORCEPS LLC (DIST)<br>18525 MOROSS RD<br>DETROIT MI 48224-1019 | PHYSICS FORCEPS LLC<br>18525 MOROSS RD<br>DETROIT MI 48224-1019 |

| P.O. No. | Rep | Terms | Due Date | Account # | Ship Date | Ship Via |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | 1/15/2010 | 3133718773 | 1/18/2010 | UPS |

| Qty | Code | Handle | Description | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
|  |  |  | Shipment date    : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking #          : 1Z8Y30270399995060<br>Shipment Ref     :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges       : 0.00<br><br>Shipment date    : 01/18/2010<br>Shipping service : UPS Ground<br>Tracking #          : 1Z8Y30270396153671<br>Shipment Ref     :<br>Shipment Address : PHYSICS FORCEPS LLC 18525 MOROSS RD DETROIT MI 482241019<br>Est Charges       : 0.00 |  |  |

*Thank you for your business.
*Re-tipping services may void warranty from original manufacturer.
*Late payments will be charged 3% of the balance for every month payment is late.
*A 20% restocking fee will be assessed on ALL orders returned for credit if returned 16+ days from original shipping date.
*Defective items must be returned within 30 days. Shipping & handling will be charged on all warranty work, returns & exchanges. A service charge may also be applied at this time.
*To help keep our quality high and our price low, please pay your bill within 15 days of shipment.
*All instruments found to be unsafe will automatically be replaced with new unless otherwise specified on order form.
*All FREE GIFTS are based on the amount of purchase. Should you return items for full credit, you MUST return free gifts also.
*A charge of $7.99 will be added to all invoices for the use of the DUSA Fed Ex return label for shipping to DUSA.

| Sales Tax (0.0%) | |
| --- | --- |
| **Total** | |
| **Credits** | |
| **Invoice Bal Due** | |

# Invoice

**DENTAL USA, INC.**
5005 McCullom Lake Rd.
McHenry, IL 60050
Tel: 815-363-8003  Fax: 815-363-3545
E-mail: dentalusa@ameritech.net
Web: www.mydentalusa.com

| 1ST Count by |
| --- |
| 2ND Count by |
| Final Count by |
| Ship Weight |

| Date | Invoice # |
| --- | --- |
| 1/15/2010 | 86128 |

**Bill To**
PHYSICS FORCEPS LLC (DIST)
18525 MOROSS RD
DETROIT MI 48224-1019

**Ship To**
PHYSICS FORCEPS LLC
18525 MOROSS RD
DETROIT MI 48224-1019

| P.O. No. | Rep | Terms | Due Date | Account # | Ship Date | Ship Via |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | 1/15/2010 | 3133718773 | 1/18/2010 | UPS |

| Qty | Code | Handle | Description | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
|  | SH |  | SHIPPING & HANDLING TO CUSTOMER | 342.00 | 342.00 |

*Thank you for your business.
*Re-tipping services may void warranty from original manufacturer.
*Late payments will be charged 3% of the balance for every month payment is late.
*A 20% restocking fee will be assessed on ALL orders returned for credit if returned 16+ days from original shipping date.
*Defective items must be returned within 30 days. Shipping & handling will be charged on all warranty work, returns & exchanges. A service charge may also be applied at this time.
*To help keep our quality high and our price low, please pay your bill within 15 days of shipment.
*All FREE GIFTS are based on the amount of purchase. Should you return items for full credit, you MUST return free gifts also.
*A charge of $7.99 will be added to all invoices for the use of the DUSA Fed Ex return label for shipping to DUSA.

| Sales Tax (0.0%) | $0.00 |
| --- | --- |
| **Total** | $44,442.00 |
| Credits | $0.00 |
| **Invoice Bal Due** | $44,442.00 |

**DENTAL USA, INC.**
5005 McCullom Lake Rd.
McHenry, IL 60050
Tel: 815-363-8003  Fax: 815-363-3545
E-mail: dentalusa@ameritech.net
Web: www.mydentalusa.com

| 1ST Count by |
| 2ND Count by |
| Final Count by |
| Ship Weight |

# Invoice

| Date | Invoice # |
|---|---|
| 8/4/2011 | 101474 |

**Bill To**
GoldenDentalSolutions
18525 Moross Road
Detroit, Michigan 48224
SH FEDEX GRND ACCT # 453506185

**Ship To**
GoldenDentalSolutions
18525 Moross Road
Detroit, Michigan 48224

| P.O. No. | Rep | Terms | Due Date | Account # | Ship Date | Ship Via |
|---|---|---|---|---|---|---|
| | | UPON SH... | 8/4/2011 | 3133718773 | 8/4/2011 | UPS |

| Qty | Code | Handle | Description | Rate | Amount |
|---|---|---|---|---|---|
| | | | 1/15/2010 DENTAL USA INVOICE#86128. WE SENT YOU 245 SET (STANDARD). TOTAL 980 PCS | | |
| | | | 7/29/2010 YOU SENT US#91497 (CREDIT MEMO), 229 (UP RIGHT), 228 (UP LEFT). 227(UP ANTERIOR), 190 (LO UNIVERSAL), TOTAL 874 PCS | | |
| | | | SO WE SHOULD CHARGE DIFFRENCE 106 PCS | | |
| 106 | N | | DID NOT RECEIVED FROM 7/29/2010, CREDIT MEMO#91497 | 45.00 | 4,770.00 |
| 50 | N | | SET OF 4 STANDARD SET | 180.00 | 9,000.00 |
| | SHFC | | SHIPPING & HANDLING- FREIGHT COLLECT | 0.00 | 0.00 |
| | | | BOX 1: 51.5 LBS, 30SET | | |
| | | | BOX 2: 35 LBS, 20 SET | | |
| | | | 633819315026474 | | |
| | | | 633819315026467 | | |
| | | | 8/4/2011, JOHN CALLED TO JACKIE | | |
| | | | AGREED MAKE $29000 CREDIT MEMO TO GOLDEN DENTAL SOLUTION. | | |
| | | | THIS CREDIT MEMO WILL USE FOR FUTURE INVOICE | | |

*Thank you for your business.
*Re-tipping services may void warranty from original manufacturer.
*Late payments will be charged 3% of the balance for every month payment is late.
*A 20% restocking fee will be assessed on ALL orders returned for credit if returned 16+ days from original shipping date.
*Defective items must be returned within 30 days. Shipping & handling will be charged on all warranty work, returns & exchanges. A service charge may also be applied at this time.
*To help keep our quality high and our price low, please pay your bill within 15 days of shipment.
*All instruments found to be unsafe will automatically be replaced with new unless otherwise specified on order form.
*All FREE GIFTS are based on the amount of purchase. Should you return items for full credit, you MUST return free gifts also.
*A charge of $7.99 will be added to all invoices for the use of the DUSA Fed Ex return label for shipping to DUSA.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$13,770.00** |
| Credits | $0.00 |
| **Invoice Bal Due** | **$13,770.00** |