UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

END PRODUCT RESULTS, LLC, a Michigan
Limited Liability Company, d/b/a Golden Dental
Solutions, and BEAK & BUMPER, LLC, a
Michigan Limited Liability Company,         Case No. 2:12-cv-11546
                                            Hon. Lawrence P. Zatkoff
            Plaintiffs,

v.

DENTAL USA, INC., an Illinois Corporation,

            Defendant.
_____/

**SECOND STIPULATED ORDER EXTENDING THE
COURT'S SCHEDULING ORDER 90 DAYS**

The parties having conferred and agree that a 90 day extension of all scheduling order dates is necessary to prepare this case for trial. The extension of discovery is necessary because there are many witnesses in this matter, many of which are out of state witnesses, and include Dentists and sales persons with busy schedules. Moreover, the parties voluntarily facilitated this matter during a week when a witness deposition was scheduled and that deposition had to be rescheduled. Finally, the parties have been diligent in their efforts to procure discovery having conducted written discovery, exchanged documents and conducted five depositions, and will continue to be diligent in their discovery efforts to complete the process.

**IT IS HEREBY ORDERED THAT:**

Discovery cut off is extended from April 16, 2013 to July 16, 2013;

Dispositive motion deadline is extended from May 6, 2013 to August 9, 2013;

The Final Pretrial Settlement Conference is extended from September 26, 2013 to December 19, 2013 at 10:30 a.m. in Port Huron.

                                                           s/Lawrence P. Zatkoff
                                                           Hon. Lawrence P. Zatkoff

Date:  May 10, 2013

**Approved for entry:**

BODMAN PLC

By:   /s/ Dennis J. Levasseur
     Dennis J. Levasseur (P39778)
     Carl T. Rashid (P66064)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
dlevasseur@bodmanlaw.com
crashid@bodmanlaw.com
(313) 259-7777
*Counsel for Plaintiffs*

BISHOP & DIEHL, LTD.

By:   /s/ Nicholas S. Lee  w/permission
     Edward L. Bishop, Esq.
     Nicholas S. Lee, Esq.
1750 East Golf Road, Suite 390
Schaumburg, Illinois 60173
ebishop@bishoppatents.com
nlee@bishoppatents.com
(847) 969-9123
*Counsel for Defendant*